**Motion Denied and Order filed February 13, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00612-CR
_____

**JOHNNY MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 208th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1454811**

## ORDER

Appellant is represented by appointed counsel, Marcus J. Fleming. Appellant's brief was originally due October 25, 2017. We granted extensions of time to file appellant's brief through January 26, 2018. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On January 29, 2018, counsel filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We deny the request and issue the following order.

Accordingly, we order Marcus J. Fleming to file a brief with the clerk of this court on or before **February 23, 2018**. If Marcus J. Fleming does not timely file the brief as ordered, the court may issue an order requiring appointment of new counsel.

PER CURIAM

Panel consists of Justices Busby, Brown, and Jewell